# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mary Brennan, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-02085-JRT-LIB |
| Northern States Power Company, d/b/a Xcel Energy, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss [Docket No. 8] is **GRANTED.**

2. This action is **DISMISSED** without prejudice.

Date: 8/17/2021                                                                                  KATE M. FOGARTY, CLERK